# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL CHARLES MEISLER,
Appellant,
vs.
WELLS FARGO BANK, N.A., A CORPORATION; AND KATHERINE MCFALL, AN INDIVIDUAL,
Respondents.

No. 75554

FILED

AUG 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint as to two of the three named defendants. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant's claims against Elizabeth Cuff appear to remain pending.

18-30747

We conclude that we lack jurisdiction, and we
ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.          _____, J.
Gibbons                                 Hardesty


cc:    Hon. Jerome M. Polaha, District Judge
       Michael Charles Meisler
       Lewis Roca Rothgerber Christie LLP/Reno
       Washoe District Court Clerk

---

[1]We deny as moot appellant's motion for an extension of time to file
the informal opening brief.